UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DOUGLAS A. WALLACE, | 3:12-CV-00167-LRH-VPC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| WILLARD MITT ROMNEY; *et al.*, | |
| | August 23, 2012 |
| Defendants. | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

  Before the court is Plaintiff's Motion for Ex Parte Ruling (#3)[1]. There has been no service upon any defendant in this case, no justiciable dispute has been raised by the parties, and no cause for an ex parte ruling has been made. The court does not issue advisory opinions.  Good cause appearing,

  Plaintiff's motion (#3) is DENIED as moot.

                 LANCE S. WILSON, CLERK

                 By:    /s/
                    Deputy Clerk

---

[1] Refers to court's docket number.